# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MELISSA AL SHARAIREI, a/k/a Melissa Rae Schermerhorn, <br><br> Defendant. | No. 14-CR-0063-LRR <br><br> **REPORT AND RECOMMENDATION** |

_____

This matter came on for hearing on May 11, 2017, on the court's order (Doc. 50) to show cause why the court should not enter default judgment. Doc. 52. In scheduling the show cause hearing, the court directed the Clerk of Court to mail a copy of the order to Defendant's last known address and to her former counsel. Doc. 50. The court's order followed the government's motion (Doc. 49) for an order declaring forfeiture of the appearance bond after Defendant failed to appear, for an order to show cause, and for entry of default judgment.

The court is required, upon motion by the government, to enter a default judgment unless the court sets aside a bail forfeiture. Fed. R. Crim. P. 46(f)(3)(A). The court previously declared, pursuant to Fed. R. Crim. P. 46(f)(1), that the $10,000 appearance bond paid on behalf of Defendant was forfeited. Doc. 50. Defendant did not appear at the show cause hearing. Neither did anyone appear on Defendant's behalf. According to the court docket, there were no responses to the order setting the show cause hearing or requests to continue the hearing.

For the foregoing reasons, I respectfully recommend that the government's motion for default judgment (Doc. 49) be **granted** and that default judgment be entered as to the $10,000 posted as an appearance bond for Defendant.

**IT IS SO ORDERED** this 12th day of May, 2017.

_____
Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa