# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 14-CR-63-LRR |
| vs. | **ORDER** |
| MELISSA AL SHARAIREI, | |
| Defendant. | |

## I. INTRODUCTION AND BACKGROUND

On March 29, 2017, the court entered an order declaring the forfeiture of the $10,000 paid on behalf of Defendant Melissa Al Sharairei's $100,000 appearance bond. *See* Forfeiture Order (docket no. 50). In the order, the court also set a show cause hearing with respect to whether default judgment is appropriate. *See id.* at 3. On May 11, 2017, United States Magistrate Judge Kelly Mahoney held a show cause hearing at which Defendant failed to appear. *See* May 11, 2017 Minute Entry (docket no. 52). On May 12, 2017, Judge Mahoney, filed a Report and Recommendation (docket no. 53) in which she recommended that the government's motion for default judgment (docket no. 49) be granted. No objections to Judge Mahoney's Report and Recommendation were filed. The court, therefore, undertakes the necessary review of Judge Mahoney's recommendation to grant the government's motion for default judgment.

## II. ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Criminal Procedure 59(b) provides for review of a magistrate judge's report and recommendation on dispositive motions, where objections are made, as follows:

> The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions.

Fed. R. Crim. P. 59(b)(3).

In this case, no objections have been filed, and it appears to the court upon review of Judge Mahoney's findings and conclusions that there is no ground to reject or modify them. Therefore, the court **ACCEPTS** Judge Mahoney's Report and Recommendation of May 12, 2017, and **DIRECTS** the Clerk of Court to enter judgment against Defendant in the amount of $10,000.

**IT IS SO ORDERED.**

**DATED** this 2nd day of June, 2017.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA